NEW-YORK,
May, 1828.

McCombs *ads.* Feeter.

The People
v.
Judges of
Monroe.

Scire facias to revive a judgment. The sheriff returned that he had given notice to the defendant to appear according to the exigence of the writ, by notifying the wife of the defendant, in the house of her husband, he being absent in parts unknown. On this return, a rule was entered that the defendant appear in four, and plead in twenty days, or judgment.

Service of a *sci. fa.* on the wife of a defendant in the absence of her husband, will not authorize the return of *scire feci.* The service must be personal.

A motion was now made to set aside this rule.

*Loomis,* for defendant.

*Plaintiff,* in pro. per.

*By the Court,* SUTHERLAND, J. The rule was irregularly entered. This was not a return of *scire feci,* which implies a personal service ; and though it might have been received as a return of *nihil,* authorizing the plaintiff to issue an alias and obtain a second return of *nihil,* he has not chosen so to consider it. The motion is granted, with costs.